# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

HERMAN RANKIN
ADC #163645                                                                PLAINTIFF

v.                         No. 5:17-cv-76-DPM

STEEDRIC COOPER, IPO, Delta Regional
Unit; LISA BASS, Records Department;
SHANON McFADDEN, Classification;
WENDY KELLEY, Director, ADC;
K. PAYNE, IPO; and DARRYL GOLDEN,
Warden, Delta Regional Unit                                               DEFENDANTS

## ORDER

1. Rankin filed a motion for an extension of time to object, but has objected twice since then. № 8 & 9. The motion, № 7, is denied as moot.

2. On *de novo* review, the Court adopts the recommendation, № 6, as supplemented, and overrules Rankin's objections, № 8 & 9. FED. R. CIV. P. 72(b)(3). Magistrate Judge Volpe correctly concluded that Rankin's complaint fails to state a claim against any of the defendants. He also directed Rankin to provide any more information that would bolster his allegations. № 6 at 4. Rankin has now explained how he believes each defendant was involved. № 8 & 9. Even with these clarifications, though, Rankin fails to state a claim against any of the defendants. His complaint will therefore be

dismissed without prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 April 2017