# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

HERMAN RANKIN
ADC #163645                                                            PLAINTIFF

v.                              No. 5:17-cv-76-DPM

STEEDRIC COOPER, IPO, Delta Regional
Unit;  LISA BASS, Records Department;
SHANON McFADDEN, Classification;
WENDY KELLEY, Director, ADC;
K. PAYNE, IPO;  and DARRYL GOLDEN,
Warden, Delta Regional Unit                                            DEFENDANTS

## ORDER

Motion, № 13, denied.  The Court certified that an *in forma pauperis* appeal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

 31 May 2017